UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
:
ADRIAN HERRERA-PERALTA,            :
                                   :
        Petitioner,                :   Civ. No. 20-8958 (NLH)
                                   :
    v.                             :   OPINION
                                   :
                                   :
WARDEN DAVID ORTIZ,                :
                                   :
        Respondent.                :
_____:

APPEARANCE:

Adrian Herrera-Peralta
69439-066
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner Pro se

HILLMAN, District Judge

    Petitioner Adrian Herrera-Peralta has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. See ECF No. 1. On August 12, 2020, the Court administratively terminated the petition as Petitioner did not pay the $5.00 filing fee or submit an in forma pauperis application. ECF No. 3.

    The Court is in receipt of a letter from Petitioner wherein he asserts that he asked the Bureau of Prisons to send the $5.00 filing fee to the Clerk. ECF No. 4. He attached a signed request for withdrawal from his inmate account. Id. at 4.

The Court has consulted with the Finance Department and confirmed that the Clerk's Office has not receive the filing fee as of September 9, 2020.  The Court will therefore ask the Clerk's Office to send Petitioner another application to proceed in forma pauperis.  Any dispute over the purported failure to forward the filing fee to the Clerk's Office should be addressed via internal prison remedies.

An appropriate Order will be entered.


Dated: September 9, 2020         s/ Noel L. Hillman
At Camden, New Jersey            NOEL L. HILLMAN, U.S.D.J.